# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

NEAL BENJAMIN, Petitioner,

*Plaintiff(s)*
v.
JENNIFER SAAD, Respondent.

*Defendant(s)*

Civil Action No. 5:17-CV-161

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award  ☐ Judgment costs  ☐ Other

This action was:

☐ tried by jury  ☐ tried by judge  ☒ decided by judge

decided by Judge Frederick P. Stamp, Jr.

IT IS ORDERED that the Magistrate Judge's Report and Recommendation is Affirmed and Adopted ; that Petitioner's Motion for Summary Judgment is DENIED; that Petitioner's Motion to Expedite is DENIED AS MOOT; and that this Civil Action is DISMISSED and STRICKEN from active docket of this Court.

Date: February 22, 2019

CLERK OF COURT
Cheryl Dean Riley

By: *J. O-Abraham*
*Signature of Clerk or Deputy Clerk*

FILED
FEB 22 2019
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003